## RECONSIDERATION DOCKET

**96–84. Goldberg Cos., Inc. v. Richmond Hts. Council.**
Cuyahoga App. Nos. 68291 and 68292. Reported at 79 Ohio St.3d 1205, 679 N.E.2d 716. On motion for reconsideration. Motion granted; the merits will be decided on the merit briefs that have already been filed.
Moyer, C.J., and Lundberg Stratton, J., dissent.

*Tuesday, September 16, 1997*

## MOTION DOCKET

**97–1879. Rogers v. Rogers.**
Franklin App. Nos. 96APF10–1333 and 97APF01–67. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of the September 3, 1997 court of appeals' decision,
IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.
Pfeifer and Cook, JJ., dissent.

**97–1893. State ex rel. The Warren Newspaper, Inc. v. Court of Jurisdiction of the Mahoning Valley Sanitary Dist.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law. Upon consideration thereof,
IT IS ORDERED by the court, *sua sponte,* that an alternative writ of mandamus be, and hereby is, granted.
IT IS FURTHER ORDERED by the court that the following expedited briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X(7) and (8):
The parties shall file any evidence they intend to present on or before September 19, 1997, and shall file their merit briefs within seven days after the filing of evidence. No responsive briefs shall be permitted.
Moyer, C.J., and Lundberg Stratton, J., concur in the granting of the alternative writ, but would deny expedited treatment.
Douglas, J., not participating.

**97–1907. State v. Glasure.**
Wayne App. No. 95CA0081. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay and motion for expedited ruling,
IT IS ORDERED by the court that the motions be, and hereby are, denied.